GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Defendant Casitas on the*
*Green Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cc-01632-RFB-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TRANSFER TO NORTHERN DIVISION, UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA** |
| CASITAS ON THE GREEN HOMEOWNERS' ASSOCIATION and THUNDER PROPERTIES, INC., | |
| Defendants. | |
| _____/ | |

On or about July 12, 2016, Plaintiff Nationstar Mortgage, LLC ("Plaintiff") filed its

Complaint in the above referenced matter.  The subject matter concerns that certain real property

located at and commonly known as 5593 Churchill Green Drive, Sparks, County of Washoe, State

of Nevada.  Defendant Casitas on the Green Homeowners Association (the "Association") is also

located and conducts business in Washoe County, State of Nevada.

///

///

1
2
3
4
5

Based upon the foregoing, *IT IS HEREBY STIPULATED* between Plaintiff, by and through its counsel, Akerman LLP, and the Association, by and through its counsel Kern & Associates, Ltd., that the above-entitled action be *TRANSFERRED* to the Northern Division United States District Court, District of Nevada, in Reno, County of Washoe, State of Nevada.

6

DATED this 2nd day of August, 2016.          DATED this 2nd day of August, 2016.

7

*KERN & ASSOCIATES, LTD.*                    *AKERMAN, LLP*

8
9
10
11
12
13
14

 _/s/ Karen M. Ayarbe, Esq. _                 /s/ Rex Garner, Esq._____
KAREN M. AYARBE, ESQ.                        REX GARNER, ESQ.
Nevada Bar No. 3358                          Nevada Bar No. 9401
GAYLE A. KERN, ESQ.                          MELANIE D. MORGAN, ESQ.
Nevada Bar No. 1620                          Nevada Bar No. 8215
5421 Kietzke Lane, Ste. 200                  1160 Town Center Drive, Ste. 330
Reno, NV 89511                               Las Vegas, NV 89144
Tel: (775) 324-5930                          Tel: (702) 634-5000
Fax: (775) 324-6173                          Fax: (702) 380-8572
*Attorneys for Defendant, Casitas on the*    *Attorneys for Plaintiff,*
*Green Homeowners Association*                *Nationstar Mortgage LLC*

15
16

17

## ORDER

18

*IT IS SO ORDERED*.

19

DATED this _8th_ day of August, 2016.

20
21
22

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

23

24

*Respectfully Submitted By:*

25

 _/s/ Karen M. Ayarbe, Esq. _____

26

KAREN M. AYARBE, ESQ.
*Attorneys for Defendant,*

27

*Casitas on the Green Homeowners Association*

28

**CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing *Stipulation and Order to Transfer to Northern Division, United States District Court, District of Nevada* was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**Rex Garner**
rex.garner@akerman.com,fmi@morrislawgroup.com,brieanne.siriwan@akerman.com,AkermanLAS@akerman.com

**Melanie D Morgan**
melanie.morgan@akerman.com,jennifer.richardson@akerman.com,erin.abugow@akerman.com,akermanlas@akerman.com,tracey.wayne@akerman.com,allen.stephens@akerman.com

**Christine M. Parvan**
christine.parvan@akerman.com,ariel.stern@akerman.com,akermanlas@akerman.com

 */s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.