GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com

*Attorneys for Defendant Casitas on the Green Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>CASITAS ON THE GREEN HOMEOWNERS' ASSOCIATION and THUNDER PROPERTIES, INC.,<br><br>Defendants. | Case No.: 3:16-cv-00472-RCJ-WGC<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

Pursuant to SCR 46, Defendant, Casitas on the Green Homeowners' Association, hereby consents to the substitution of the law firm of Boyack Orme & Taylor, in the place and stead of Kern & Associates, Ltd., as its attorney of record in the above-captioned case.

DATED this 20th day of September 2016.

CASITAS ON THE GREEN
HOMEOWNERS' ASSOCIATION

By _____
JERRY SAUCR BOARD PRES
(Print Name & Title)

Karen M. Ayarbe, Esq., of Kern & Associates, Ltd., hereby consents to the substitution of Boyack Orme & Taylor, as counsel of record for Defendant, Casitas on the Green Homeowners' Association, in the above-captioned case in the place and stead of Kern & Associates, Ltd.

DATED this 23rd day of Sept., 2016.

KERN & ASSOCIATES, LTD.

By _____
KAREN M. AYARBE, ESQ.

Edward D. Boyack, Esq., hereby consent to the substitution of Boyack Orme & Taylor in the place and stead of Kern & Associates, Ltd., as counsel of record for Defendant, Casitas on the Green Homeowners' Association, in the above-captioned case.

DATED this 22 day of September, 2016.

BOYACK ORME & TAYLOR

By _____
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145
(702) 562-3415
(702) 562-3570 - fax
*Attorneys for Casitas on the Green Homeowners' Association*

## AFFIRMATION
### Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document filed in the above-entitled case does not contain the social security number of any person.

DATED this 23rd day of Sept., 2016.

KERN & ASSOCIATES, LTD.

By _____
KAREN M. AYARBE, ESQ.

IT IS SO ORDERED this 26th day of September, 2016.

_____
William G. Cobb
UNITED STATES MAGISTRATE JUDGE