MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 3:16-cv-00472-RCJ-WGC |
| Plaintiff, | |
| v. | |
| CASITAS ON THE GREEN HOMEOWNERS' ASSOCIATION and THUNDER PROPERTIES, INC., | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

    Plaintiff Nationstar Mortgage LLC and defendant C Thunder Properties Inc., by and through their respective counsel, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

    The parties further stipulate and agree that the lis pendens recorded by Plaintiff Nationstar Mortgage LLC in the Official Records of the Washoe County Recorder on July 13, 2016 as Instrument Number 46095597 (the "lis pendens") is hereby cancelled, expunged, released and withdrawn.

    The parties further stipulate and agree that plaintiff shall record this stipulation and order as well as any additional documents necessary to expunge, cancel, withdraw and release the notice of the lis pendens.

…

1

43341389;1
43400778;1

The parties further stipulate and agree each party shall bear its own fees and costs.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| /s/Melanie D. Morgan | /s/Tim Rhoda |
| MELANIE D. MORGAN, ESQ. | ROGER CROTEAU, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 4958 |
| DONNA M. WITTIG, ESQ. | TIMOTHY RHODA, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 7878 |
| 1160 Town Center Drive, Suite 330 | 9120 West Point Road, Suite 100 |
| Las Vegas, NV 89144 | Las Vegas, NV 89148 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Thunder Properties, Inc.* |

BOYACK ORME & ANTHONY

/s/ Colli McKiever
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI McKIEVER, ESQ.
Nevada Bar No. 13724
7432 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Casitas on the Green Homeowners Association*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

12-06-17
DATED